**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-02425-JRC

LARRY GORDON,

    Petitioner,

v.

PAT SULLIVAN, and
GALE NORTON,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Motion to Amend Habeas Corpus (ECF No. 12) that Petitioner, Larry Gordon, filed *pro se* on May 1, 2014, is DENIED as moot. In the motion, Mr. Gordon seeks to amend the habeas corpus petition (ECF No. 3) pursuant to 28 U.S.C. § 2254 that he filed in this Court in this case on December 10, 1992. The Court notes that Mr. Gordon already has pending in this Court a separate habeas corpus case pursuant to 28 U.S.C. § 2254. *See Gordon v. Faulk*, No. 14-cv-00371-BNB (D. Colo. filed Feb. 7, 2014).

    As the Court informed Mr. Gordon in the minute order of April 23, 2014 (ECF No. 11), this case is closed. Filings will not be considered after the dismissal of a case. The clerk of the Court is directed to strike any further filings by Petitioner in this case.

Dated: May 1, 2014